Good morning, and thank you for the opportunity for me to present my case pro se, and I would like to reserve a little bit of time for rebuttal. You may. That number there is your whole time. I understand. Thank you. On the 27th of October, 2004, the Honorable Judge Thomas Zille entered an order dismissing our claims with prejudice. We believe the order should be reversed. Our claims are based on our allegations that we were retaliated against by King County Housing Authority and King County for filing Section 3 complaints in a Section 3 lawsuit against King County Housing Authority in 1996 and 1999. King County Housing Authority and King County have failed to respond adequately, if at all, to our allegations. Instead, they have tried to turn our claims into a failure-to-hire scenario and have responded only in that context. Mr. McQuade, am I correct in understanding you don't want to be hired? You want to be in the resident slot on the Commissioner's Board? Our case involves the fact that we applied for that position, and we believe we were retaliated against. Hold on. Listen to my question. I don't need to know the whole case in response to it. I just want to know, are you trying to get a job where they pay you, or are you trying to get a position on a board where they don't pay you? The board was an unpaid position. Is there one position available on the board? At that time, there was a position reserved for a tenant for public housing, owner managed by the King County Housing Authority. There was one slot for that tenant? Yes, at that time. King County Housing Authority and King County have also alleged that our complaints were not filed in a timely manner. We believe these allegations fail for a number of reasons. We filed our claim within three years after being made aware that we were discriminated against. On the basis of what? On the basis of retaliation and discriminated against for having filed a previous Section 3 complaint and a Section 3 lawsuit. Is the idea that they thought you and Borchardt were troublemakers so they didn't put you on the board? Yes. They claimed that there was a conflict of interest. Is that correct that only one of you could possibly win because there was only one slot? Yes. Thank you. Does the record show who was named to that? Yes. The individual who was selected, we believe, was not qualified for the position. There was only three of us that applied. And the... Why do you think they're not allowed to discriminate against you? If they think you're a troublemaker because you filed complaints and that's why they didn't give you the board seat, even though you were the more qualified applicant for the resident board seat, why do you think it's against the law? Section 3 forbids retaliation, and I can read that to you. I've got it right here. Yes. And we believe that covered us for having filed Section 3 complaints in the past. But I think what happens is that King County Housing Authority took it a little farther than just that. They actually stated that we had pending lawsuits and pending claims against King County Housing Authority when we applied for the position. We didn't have pending claims or a pending lawsuit, and we believe that that helped detain King County as far as selecting one of us for the position. But Section 3, if I'm reading the right section, says, there's a policy of the Congress and the purpose of this section to ensure that the employment and other economic opportunities generated by general financial assistance for housing... Yes. We applied for... Do you have a right to be a commissioner? No. No. We applied for positions that you just mentioned in 1996, which was we applied for jobs with the housing authority and economic opportunities. And we later applied. We filed a complaint in 96 and 99 because we didn't get those positions. And later, after we applied for commissioner, the housing authority and King County raised the fact that we had filed complaints in the past regarding Section 3 and stated that because we filed those complaints, we could not be a commissioner. There would be a conflict of interest. How could you make any money out of it? I would have thought economic opportunities and employment opportunities would mean something where they pay you. This is a slot where they don't pay you. It's extremely important to a resident of a housing authority. I know it's important. There are lots of unpaid seats that all of us hold from time to time on charitable boards, state boards, commissions, and they're very important, but you don't make any money out of them and they usually cost you money. Yes, you can make money out of it. And the reason that you can make money is that you're in a position to create policy. How do you make money out of being able to create the policy? By being able to enforce the Section 3 regulations, which requires the housing authority to hire residents for certain jobs that have become available. Do you get kickbacks from the people that hire you? No. Then how do you make money yourself? Section 3 is a very important regulation passed by Congress. What you're saying is personally would I be able to make money if I were a commissioner? No, but I do not think that that's the important thing. Why isn't it necessary that you personally would be able to make money out of being commissioner in order to give you a claim if there is a private claim under C-2? We believe that Section 3 forbids retaliation of any kind, and we believe that that's Show me the words. I've got it right here. Under retaliation? In a position where you don't make money. Mike, here's the thing. I'm assuming that they want to shut the door on you because you're a troublemaker. I'm assuming that what they're doing is retaliatory. I'm assuming it for purposes of argument. I have no idea what the truth is. That's not what we consider right now. Assuming all that, it looks to me from reading this as though if you can't make money out of it, then this law just doesn't give you a claim. But if I'm mistaken, just show me the words you're looking at and show me how they fit. Other economic opportunities don't necessarily include a job for wages. I thought economic was a polite way of saying money. And it might not be a job for wages. It could be a contract and your contract or all kinds of things. A commissioner position on a resume would look very good. It could lead to other economic opportunities. And that is the purpose of Section 3. Okay. So that's the idea, I guess. Do you want to reserve some time? Yes. Hey, please, the Court. I'm John Kubler on behalf of the King County Housing Authority. I'm going to take eight to nine minutes of the time. And my co-counsel wanted to reserve a minute or so in case you have questions for her, but to give me the bulk of the time to argue it since it was our motion. My client here was sued for what was essentially core speech, exercise of the First Amendment, expression of an opinion about whether or not a person was appropriate to be a member of a governing body of a public, local, municipal entity. And they were sued under a statute which has nothing to do with appointment of government officials. In fact, the statute that they were sued upon, Section 3 of the HUD Act, has nothing to do with elimination of discrimination. It creates it. It creates discrimination in favor of low-income and very low-income persons for the purpose of giving them priority in projects that are funded by HUD. In other words, housing, construction of a housing for low-income persons. HUD has said when we use our money for that, we want persons who are low-income or very low-income to have priority in getting the jobs that are generated by that construction, the contracts, the employment, and running that operation. That statute doesn't have anything to do with the appointment of the governing officials of a housing authority. The purpose of that statute was, in fact, fulfilled under the facts of this case. A low-income person who was within the housing authority was, in fact, appointed to the position. Mr. ---- I thought we were talking about the regulation that says no person shall discriminate against the person because the person has made a complaint. Okay. Well, the regulation is under a statute, and regulations don't create discrimination. They create causes of action where Congress didn't attend to them. The regulation is ---- Are you saying there is no private cause of action? Are you saying the regulation is ultra-virus and is null and void? What are you saying? Both. First off, it's up to Congress to create the private cause of action. HUD can't do it through their rules. Congress didn't do it here. And second off, it is ultra-virus because the purpose of the statute is to see that for low-income and very low-income persons. It isn't to create causes of action for retaliation. So in that sense, it is ultra-virus. Do you have any cases that have interpreted that regulation as being ultra-virus? No. I have not seen any authority from Mr. McQuaid or from us interpreting this statute or whether or not it creates a cause of action, private cause of action. There were some authorities that were cited by Mr. McQuaid. None of them are on point. They relate mostly to Title VII cases or Title IX cases, which are completely different animals. That's a real reach to hold that a regulation is ultra-virus because the statute doesn't authorize it. We do it now and then, but I'd sure be a whole lot more comfortable if you had some precedent that justified doing it. And what's more, it seems like a particular stretch in this case because anti-retaliation provisions are pretty much parallel with anti-discrimination provisions and provisions requiring accommodation of people throughout the federal statutes. Okay. But the authority that I rely upon is the authority I cited that says HUD can't create causes of action. That's too general. Okay. Well, but that's the best that I could find. I don't know of anything more specific here than that. The Housing Authority is not taking the position here that it can discriminate against somebody in hiring a person's employment or in awarding contracts because they made Section 3 complaints. We're talking about the appointment of a governing official, which doesn't fall into the scope of the statute. It has to do. What about Mr. McQuaid's argument that being a commissioner looks good on his resume and will help him to get economic opportunities? Well, that's a very tenuous connection. That may or may not be true. It's kind of speculative. I don't see why it's tenuous. We're just hiring law clerks right now, and we hire them for about one-third or one-half of what the private market would pay them. And the reason they do it, and we have no trouble getting the best applicants, is it's so good on their resume and it gets them tremendous opportunity afterward. But I assume that you do pay them that they are your employees. We pay them, but we pay them vastly less than their market value. Nevertheless, we get the cream of the crop because of the economic opportunity that that resume item gives them. I understand that. But this isn't a situation like this is completely unpaid and it's not an employment position. I don't think it's the same as where somebody takes a job for less than market value just for the benefit. Okay. President of the State Bar Association, generally, I don't know if all states are like this, but what's typical is not only don't you get paid, it costs you a fortune to be president of the State Bar Association because you've got so many hours away from your practice. The opportunities it gives you are vast. Well, again, we're pretty far afield from what Section 3 of the HUD Act was about, and I can't deny that there might be some. Why isn't it an economic opportunity to have an unpaid position on the commission because of the resume value? Well, that's what I'm saying is that I guess the position itself is not an economic position, but you're saying that by having that experience once they've done it, that might help them economically down the road. I'm asking you just that, yes. But I think what the statute says is opportunities for training and employment. Well, the statute says that. It's vague. You go to Yale Law School, it's nothing but training, and you pay them instead of them paying you. Being great on your resume gives you a lot of economic opportunity. No doubt about that, Your Honor. As I understand your argument, it is that this relates to the people who are part of the HUD programs and not the policymakers who are running HUD. Exactly. I mean, here we're talking about appointment of a public official. This is the person who governs the housing authority. What is it going to do to the housing authority if you've got somebody that's been fighting the housing authority and suing them and has claims against them and has threatened to make more claims against them get on the board? If the people that are responsible. The Chief Judge was directing it. I think she was saying, and I think you might want to accept, is that Section 3 talks about the HUD using low-income contractors to build their buildings and low-income lawyers to be their lawyers, and that is with the employment and economic opportunities generated by federal financial assistance for housing and community development that this statute is directed to and not by directed to HUD hiring employees or commissioners for their own business. I think the statute is directed to HUD-funded projects, not to the governing of state, municipal, local governmental entities, and I think that is really the key to the issue. Can I look at the right section here, Section C-2A, where it says the phrase is opportunities for training and employment? I'm sorry, what section was that again? C-2A. On the statute? C-2A. Okay. The one where it says the Secretary shall ensure to the greatest extent feasible and consistent with existing federal, state, and local laws that opportunities for training and employment arising in connection with housing rehabilitation, housing construction, or other public construction projects are given to low and very low-income persons. Again, that's more specific to construction projects. It's a very specific project, not the governance of a housing authority, and it has those limitations in there about consistent with federal, state, and local laws. I mean, we've got state laws that dictate the parameters for who gets appointed to the governing body of a housing authority, and those dictate there. So I think it's consistent. There's one minute left, and I will yield to my co-counsel. Thank you. Thank you. Good morning, Your Honors. Margaret Paul representing King County. I really don't have any additional argument to present to the Court, but I wanted to make myself available in case you had any questions. I had one more. I misdirected your colleague to C-1 or C-2A, and I should have referred him to C-1A, which is parallel, except it isn't just for construction. It says training and employment opportunities. And I believe that – And I'm wondering why a board seat isn't training, if that creates a cause of action. Could you repeat that again, Your Honor? Why isn't the seat on the board a training opportunity? Your Honor, I do not believe that a housing authority hires or a housing authority sets and establishes their board members as a training opportunity for them. It's an opportunity for the housing authority to have individuals make policies and decisions for them. While I think that people do learn while they are on boards, I don't think that's the intent of having a resident commissioner position on the board. Thank you. Thank you. Mr. Boyd? I'd like to say that I lost an opportunity to become a commissioner because I filed a Section 3 complaint where I alleged that I was refused a job with King County Housing Authority that I had applied for in 1996. Commissioners to the housing authority are paid per diem. They do receive some compensation for what they do, and as far as being on the board itself, it is an opportunity. Commissioners that are appointed to the housing authority board of directors, especially the resident commissioner, may have never had any experience in that field. Once they're able to become a part of that board, though, they do gain experience, and it's very good. Under the Washington statute, as I read it, a commissioner receives, quote, no compensation for his or her services for the authority, comma, in any capacity, unquote, but may have expenses reimbursed. Yes. There's no per diem other than expenses reimbursed. I thought it was per diem. Excuse me. It is expenses. So there is some sort of compensation for, for example, if a commissioner had to go to Washington, D.C., for some reason. There has to be an incentive. Otherwise, people other than residents would not even apply. So I think it's very important to understand that. The other thing that I'd like to note here is that the individual who was selected was not qualified at the time because she was not a resident of public housing that was owned or managed by the King County Housing Authority. She was what's called a Section 8 resident who did not live, who actually lived in private housing. And that's very important because King County advertised the position for a person who actually lived in public housing that was owned by the housing authority. Thank you. We appreciate the presentation. The case just argued is submitted for decision.
judges: Schroeder, Kleinfeld, Bea